Lane M. Ferdinand
505 Morris Avenue
Springfield, NJ, 07081
Telephone No.: 973-467-1060
Attorneys for Plaintiffs
Attorney ID #: 001311973
File No.: 99-3757-LMF

| Domingo Zafras | ) | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| | ) | DISTRICT OF NEW JERSEY |
| | ) | CIVIL CASE NO: 2:19-cv-09953-ES-CLW |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Civil Action |
| Vs. | ) | |
| | ) | |
| Sazzod Hossain, Luxury One Corp., Park | ) | STIPULATION OF DISMISSAL |
| Insurance Company & New Jersey | ) | WITH PREJUDICE |
| Property Liability Insurance Guaranty | ) | |
| Association | ) | |
| Defendant(s) | ) | |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party.

Dated: January 30, 2020

Lane M. Ferdinand

_____
Lane M. Ferdinand
Attorney for Plaintiff

Chasan Lampareo Mallon & Cappuzzo

_____
Mr. John V Mallon, Esq.
Attorney for Defendant

SO ORDERED

_____
Hon. Esther Salas, U.S.D.J.
Date: February 21, 2020